Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−26954−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Haran T. Knight
    8 Mercer Lane
    Sicklerville, NJ 08081

Social Security No.:
    xxx−xx−3166

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            8/19/20
Time:            10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 14, 2020
JAN: kvr

                    Jeanne Naughton
                    Clerk, U. S. Bankruptcy Court

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                       Case No. 19-26954-JNP
Haran T. Knight                                              Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 2                   Date Rcvd: Jul 14, 2020
                              Form ID: 132                Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2020.
db             +Haran T. Knight,    8 Mercer Lane,    Sicklerville, NJ 08081-4465
cr             +J.C. Ehrlich Co., Inc.,    Rentokil N.A.,    1125 Berkshire Blvd, Ste 150,
                 Reading, PA 19610-1218
cr             +The Money Source Inc.,    P.O. Box 340514,    Tampa, FL 33694-0514
518611808      +CCMUA,   Regional Sewer Service,    PO Box 1105,    Bellmawr, NJ 08099-5105
518442759      +First Judicicial District of PA,    Accounting Unit,    1401 Arch Street, 1st Floor,
                 Philadelphia, PA 19102-1523
518501248      +J.C. Ehrlich,   1125 Berkshire Blvd Suite 150,    Wyomissing, PA 19610-1218
518442762      +J.C. Elrlich,   1125 Berkshire Blvd,    Ste 150,   Reading, PA 19610-1218
518442764      +Penn State,   308 Shields Bldg,    University Park, PA 16802-1220
518442765     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of the Treasury,
                 Division of Taxation,    PO Box 266,   Trenton, NJ 08695)
518611810      +South Jersey Gas,    PO Box 577,   Hammonton, NJ 08037-0577
518442766      +The Money Source Inc,    500 S Broad St Meriden,    Meriden, CT 06450-6755
518547138      +The Money Source Inc.,    500 South Broad Street Suite 100A,    Meriden, Connecticut 06450-6755
518472869      +The Pennsylvania State University,    108 Shields Building,    University Park PA 16802-1201
518462855       United States Department of Education,    Claims Filing Unit,   P O Box 8973,
                 Madison, WI 53708-8973
518442767      +Us Dept Of Ed/glelsi,    2401 International Lane,    Madison, WI 53704-3121
518442768      +Us Dept Of Ed/glelsi,    Po Box 7860,   Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 14 2020 23:46:34     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 14 2020 23:46:32     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd., One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518616885       E-mail/Text: bankruptcy@pepcoholdings.com Jul 14 2020 23:46:09     Atlantic City Electric,
                 PO Box 4875,   Trenton, NJ 08650
518442754      +E-mail/Text: bankruptcy@acacceptance.com Jul 14 2020 23:46:31     American Credit Accept,
                 961 E Main St,    Spartanburg, SC 29302-2185
518442755      +E-mail/Text: bankruptcy@pepcoholdings.com Jul 14 2020 23:46:09     Atlanic City Electric,
                 5 Collins Drive Ste 2133,    MailStop 84CP42,   Carneys Point, NJ 08069-3600
518510780      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 14 2020 23:53:44
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518442756      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 14 2020 23:54:01
                 Capital One Bank Usa N,    Po Box 30281,   Salt Lake City, UT 84130-0281
518442758      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 14 2020 23:53:12     Credit One Bank Na,
                 Po Box 98872,    Las Vegas, NV 89193-8872
518442761       E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 14 2020 23:46:04     IRS,   PO BOX 7346,
                 Philadelphia, PA 19101-7346
518503126       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 14 2020 23:53:14     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
518442763      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 14 2020 23:46:22     Lane Bryant Retail/soa,
                 450 Winks Lane,    Bensalem, PA 19020-5932
518577276      +E-mail/Text: chegyi@winslowtownship.com Jul 14 2020 23:46:33     Township of Winslow,
                 125 South Route 73,    Braddock, NJ 08037-9422
518611809      +E-mail/Text: chegyi@winslowtownship.com Jul 14 2020 23:46:33     Township of Winslow,
                 125 South Route 73,    Hammonton, NJ 08037-9422
518611811      +E-mail/Text: documentfiling@lciinc.com Jul 14 2020 23:45:34     Xfinity,   PO Box 3001,
                 Southeastern, PA 19398-3001
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518881549        Rona Taylor
518442757*     +Capital One Bank Usa N,   Po Box 30281,   Salt Lake City, UT 84130-0281
518442760*     +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jul 14, 2020
                              Form ID: 132             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Money Source Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Gavin Stewart     on behalf of Creditor    The Money Source Inc. bk@stewartlegalgroup.com
              Georgette Miller    on behalf of Debtor Haran T. Knight bky@margolisedelstein.com,
               georgettemillerlaw@gmail.com;gmecfmail@gmail.com;dmayberry@georgettemillerlaw.com;smithcr50524@no
               tify.bestcase.com;GNonnenberg@margolisedelstein.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Kevin Gordon McDonald     on behalf of Creditor    The Money Source Inc. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```