Form 199 − ntcreschfstmtg

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−26954−JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Haran T. Knight
   8 Mercer Lane
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−3166

Employer's Tax I.D. No.:

## NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE
## AND RESCHEDULING OF MEETING
## OF CREDITORS

   NOTICE IS HEREBY GIVEN that Andrew Finberg was appointed pursuant to 11 U.S.C. Section 701(a), as Interim Trustee, replacing Joseph Marchand.

   ACCORDINGLY, the meeting of creditors has been rescheduled to:

Date:             6/28/21
Time:              09:00 AM
Location:

   Please note, all previously scheduled deadlines remain the same.


Dated: May 26, 2021
JAN:

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-26954-JNP
Haran T. Knight                                                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                           User: admin                                      Page 1 of 3
Date Rcvd: May 26, 2021                        Form ID: 199                                     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Haran T. Knight, 8 Mercer Lane, Sicklerville, NJ 08081-4465 |
| cr | + | J.C. Ehrlich Co., Inc., Rentokil N.A., 1125 Berkshire Blvd, Ste 150, Reading, PA 19610-1218 |
| cr | + | The Money Source Inc., P.O. Box 340514, Tampa, FL 33694-0514 |
| 518611808 | + | CCMUA, Regional Sewer Service, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 518442759 | + | First Judicicial District of PA, Accounting Unit, 1401 Arch Street, 1st Floor, Philadelphia, PA 19102-1525 |
| 518501248 | + | J.C. Ehrlich, 1125 Berkshire Blvd Suite 150, Wyomissing, PA 19610-1218 |
| 518442762 | + | J.C. Elrlich, 1125 Berkshire Blvd, Ste 150, Reading, PA 19610-1218 |
| 518442764 | | Penn State, 308 Shields Bldg, University Park, PA 16802 |
| 518953638 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 518611810 | + | South Jersey Gas, PO Box 577, Hammonton, NJ 08037-0577 |
| 518442766 | + | The Money Source Inc, 500 S Broad St Meriden, Meriden, CT 06450-6755 |
| 518547138 | + | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 518472869 | + | The Pennsylvania State University, 108 Shields Building, University Park PA 16802-1201 |
| 518462855 | | United States Department of Education, Claims Filing Unit, P O Box 8973, Madison, WI 53708-8973 |
| 518442767 | + | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 518442768 | + | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: pmarraffa@standingtrustee.com | May 26 2021 21:26:00 | Isabel C. Balboa, Chapter 13 Standing Trustee, Cherry Tree Corporate Center, 535 Route 38 - Suite 580, Cherry Hill, NJ 08002-2977 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 26 2021 21:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 26 2021 21:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518616885 | | Email/Text: bankruptcy@pepcoholdings.com | May 26 2021 21:27:00 | Atlantic City Electric, PO Box 4875, Trenton, NJ 08650 |
| 518442754 | + | Email/Text: bankruptcy@acacceptance.com | May 26 2021 21:28:00 | American Credit Accept, 961 E Main St, Spartanburg, SC 29302-2185 |
| 518442755 | + | Email/Text: bankruptcy@pepcoholdings.com | May 26 2021 21:27:00 | Atlanic City Electric, 5 Collins Drive Ste 2133, MailStop 84CP42, Carneys Point, NJ 08069-3600 |
| 518510780 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 26 2021 21:19:24 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518442756 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 26 2021 21:16:53 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518442758 | + | Email/PDF: creditonebknotifications@resurgent.com | May 26 2021 21:16:55 | Credit One Bank Na, Po Box 98872, Las Vegas, |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2021 | Form ID: 199 | Total Noticed: 31 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | NV 89193-8872 |
| 518442761 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | May 26 2021 21:27:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 518503126 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | May 26 2021 21:18:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518442763 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | May 26 2021 21:27:00 | Lane Bryant Retail/soa, 450 Winks Lane, Bensalem, PA 19020-5932 |
| 518577276 | + Email/Text: chegyi@winslowtownship.com | | |
| | | May 26 2021 21:28:00 | Township of Winslow, 125 South Route 73, Braddock, NJ 08037-9422 |
| 518611809 | + Email/Text: chegyi@winslowtownship.com | | |
| | | May 26 2021 21:28:00 | Township of Winslow, 125 South Route 73, Hammonton, NJ 08037-9422 |
| 518611811 | + Email/Text: documentfiling@lciinc.com | | |
| | | May 26 2021 21:26:00 | Xfinity, PO Box 3001, Southeastern, PA 19398-3001 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518881549 | | Rona Taylor |
| 518442757 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518442760 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518442765 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 266, Trenton, NJ 08695 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 28, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Finberg | trustee@sjbankruptcylaw.com J117@ecfcbis.com;cheryl@sjbankruptcylaw.com |
| Denise E. Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor The Money Source Inc. bk@stewartlegalgroup.com |
| Georgette Miller | on behalf of Debtor Haran T. Knight csmith@margolisedelstein.com;GNonnenberg@margolisedelstein.com;mcon1@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com |
| Isabel C. Balboa | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: May 26, 2021 | Form ID: 199 | Total Noticed: 31 |

    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Joseph Marchand
    jdmarchand@comcast.net  jmarchand@comcast.net;jmarchand@ecf.axosfs.com

Kevin Gordon McDonald
    on behalf of Creditor The Money Source Inc. kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9