UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

In re:
Knight, Haran T.

Case No.: 19-26954 JNP
Chapter 7
Judge: Jerrold N. Poslusny Jr.

# NOTICE OF PROPOSED ABANDONMENT

On July 14, 2021, Andrew Finberg, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the clerk:  US Bankruptcy Court
District of New Jersey
PO Box 2067
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable JERROLD N. POSLUSNY JR. on August 17, 2021 at 11:00a.m. at the United States Bankruptcy Court, 400 Cooper Street, Camden, NJ, Courtroom no.4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description | Value of Property | Liens on Property | Amount of Equity Claimed as Exempt |
|---|---|---|---|
| 8 Mercer Lane, Sicklerville, NJ 08081-0000, Gloucester County | $207,899.00 | $198,843.00 | $9,056.00 |

Objections must be served on, and requests for additional information directed to:

NAME:          Andrew Finberg, Chapter 7 Trustee

ADDRESS:       525 Route 73 South, Suite 200, Marlton, NJ 08053

TELEPHONE NO:  (856) 988-9055

United States Bankruptcy Court

District of New Jersey

In re:  
Haran T. Knight  
    Debtor

Case No. 19-26954-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                          Page 1 of 3  
Date Rcvd: Jul 14, 2021        Form ID: pdf905                      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Haran T. Knight, 8 Mercer Lane, Sicklerville, NJ 08081-4465 |
| cr | + | J.C. Ehrlich Co., Inc., Rentokil N.A., 1125 Berkshire Blvd, Ste 150, Reading, PA 19610-1218 |
| cr | + | The Money Source Inc., P.O. Box 340514, Tampa, FL 33694-0514 |
| 518611808 | + | CCMUA, Regional Sewer Service, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 518442759 | + | First Judicicial District of PA, Accounting Unit, 1401 Arch Street, 1st Floor, Philadelphia, PA 19102-1525 |
| 518501248 | + | J.C. Ehrlich, 1125 Berkshire Blvd Suite 150, Wyomissing, PA 19610-1218 |
| 518442762 | + | J.C. Elrlich, 1125 Berkshire Blvd, Ste 150, Reading, PA 19610-1218 |
| 518442764 | | Penn State, 308 Shields Bldg, University Park, PA 16802 |
| 518953638 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 518611810 | + | South Jersey Gas, PO Box 577, Hammonton, NJ 08037-0577 |
| 518442766 | + | The Money Source Inc, 500 S Broad St Meriden, Meriden, CT 06450-6755 |
| 518547138 | + | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 518472869 | + | The Pennsylvania State University, 108 Shields Building, University Park PA 16802-1201 |
| 518462855 | | United States Department of Education, Claims Filing Unit, P O Box 8973, Madison, WI 53708-8973 |
| 518442767 | + | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 518442768 | + | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: pmarraffa@standingtrustee.com | Jul 14 2021 20:36:00 | Isabel C. Balboa, Chapter 13 Standing Trustee, Cherry Tree Corporate Center, 535 Route 38 - Suite 580, Cherry Hill, NJ 08002-2977 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 14 2021 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 14 2021 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518616885 | | Email/Text: bankruptcy@pepcoholdings.com | Jul 14 2021 20:36:00 | Atlantic City Electric, PO Box 4875, Trenton, NJ 08650 |
| 518442754 | + | Email/Text: bankruptcy@acacceptance.com | Jul 14 2021 20:36:00 | American Credit Accept, 961 E Main St, Spartanburg, SC 29302-2185 |
| 518442755 | + | Email/Text: bankruptcy@pepcoholdings.com | Jul 14 2021 20:36:00 | Atlanic City Electric, 5 Collins Drive Ste 2133, MailStop 84CP42, Carneys Point, NJ 08069-3600 |
| 518510780 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 14 2021 20:38:31 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518442756 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 14 2021 20:38:30 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518442758 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 14 2021 20:38:29 | Credit One Bank Na, Po Box 98872, Las Vegas, |

Case 19-26954-JNP    Doc 57    Filed 07/16/21    Entered 07/17/21 00:12:04    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 14, 2021 | Form ID: pdf905 | Total Noticed: 31 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | NV 89193-8872 |
| 518442761 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 14 2021 20:36:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 518503126 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2021 20:38:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518442763 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 14 2021 20:36:00 | Lane Bryant Retail/soa, 450 Winks Lane, Bensalem, PA 19020-5932 |
| 518577276 | + | Email/Text: chegyi@winslowtownship.com | Jul 14 2021 20:36:00 | Township of Winslow, 125 South Route 73, Braddock, NJ 08037-9422 |
| 518611809 | + | Email/Text: chegyi@winslowtownship.com | Jul 14 2021 20:36:00 | Township of Winslow, 125 South Route 73, Hammonton, NJ 08037-9422 |
| 518611811 | + | Email/Text: documentfiling@lciinc.com | Jul 14 2021 20:36:00 | Xfinity, PO Box 3001, Southeastern, PA 19398-3001 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518881549 | | Rona Taylor |
| 518442757 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518442760 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518442765 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 266, Trenton, NJ 08695 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 16, 2021         Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Finberg | on behalf of Trustee Andrew Finberg trustee@sjbankruptcylaw.com J117@ecfcbis.com;jaimie@sjbankruptcylaw.com |
| Andrew Finberg | trustee@sjbankruptcylaw.com J117@ecfcbis.com;jaimie@sjbankruptcylaw.com |
| Denise E. Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor The Money Source Inc. bk@stewartlegalgroup.com |
| Georgette Miller | on behalf of Debtor Haran T. Knight csmith@margolisedelstein.com;GNonnenberg@margolisedelstein.com;mcon1@margolisedelstein.com;Miller.GeorgetteR50524 |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 14, 2021 | Form ID: pdf905 | Total Noticed: 31 |

| | |
|---|---|
| | @notify.bestcase.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor The Money Source Inc. kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9