Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 19–26954–JNP
                        Chapter: 7
                        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Haran T. Knight
   8 Mercer Lane
   Sicklerville, NJ 08081

Social Security No.:
   xxx–xx–3166

Employer's Tax I.D. No.:

**FINAL DECREE**

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Andrew Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 20, 2021</u>             <u>Jerrold N. Poslusny Jr.</u>
                                              Judge, United States Bankruptcy Court